Mary K. Farrington-Lorch, AZBN 009450
Law Office of Mary K. Farrington-Lorch
3930 E. Camelback Road, Suite 100
Phoenix, AZ 85018
(602) 254-0249 / FAX (602) 926-8210
E-mail address: MaryKFL@farringtonlorchlaw.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | Proceedings in Chapter 13 |
|---|---|
| BYRON MANUEL OBANDO | Bk. No.: 2:20-bk-02181-EPB |
| Debtor. | **OBJECTION OF CONN APPLIANCES, INC. D/B/A CONN'S HOMEPLUS AS SERVICER-IN-FACT AND ATTORNEY-IN-FACT FOR CONN CREDIT I, LP TO CONFIRMATION OF CHAPTER 13 PLAN** |

Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP ("Creditor"), by and through its undersigned counsel, hereby objects to the Chapter 13 plan filed by Byron Manuel Obando (hereinafter referred to as "Debtor") on March 11, 2020, and avers in support thereof as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334 and 11 U.S.C. § 1325.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1408 and/or 1409.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).

4. On March 3, 2020, Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code, and relief was ordered thereon.

5. On April 15, 2020, Creditor filed two Proofs of Claim in this bankruptcy case.

6. The first Proof of Claim appears on the Claims Register as Claim # 4-1. It seeks a secured debt in the amount of $1,351.52. The debt arises from Debtor's execution of a contract dated September 20, 2019. The debt was incurred for a thing of value during the one-year period preceding the filing of the instant bankruptcy case. Pursuant to the "hanging paragraph" of 11 U.S.C. § 1325(a) the debt must be paid in full with an interest rate consistent with the holding of In re Till, 541 U.S. 465 (2004). Contained within the Contract is a paragraph titled "Security Interest" which creates purchase money security interest in favor of Creditor. A copy of the contract is attached to the Proof of Claim. The plan makes no reference to the debt.

7. The second appears on the Claims Register as Claim # 5-1. It seeks a secured balance of $1,673.00 and an unsecured balance of $441.24. Contained within the Contract is a paragraph titled "Security Interest" which creates purchase money security interest in favor of Creditor. A copy of the contract is attached to the Proof of Claim. The plan makes no reference to the debt.

8. For these reasons the Debtor's proposed Chapter 13 Plan does not comply with the provisions of 11 U.S.C. § 1325(a) and confirmation must be denied.

WHEREFORE, Conn Appliances, Inc. d/b/a Conn's HomePlus as servicer-in-fact and attorney-in-fact for Conn Credit I, LP requests this Honorable Court enter an Order denying confirmation of the Debtor's proposed Chapter 13 Plan.

Case 2:20-bk-02181-EPB    Doc 22    Filed 04/30/20    Entered 04/30/20 11:02:59    Desc
Main Document    Page 2 of 3

Respectfully submitted, this 30th day of April, 2020.

/s/Mary K. Farrington-Lorch
MARY K. FARRINGTON-LORCH
Attorney for Creditor, Conn Appliances, Inc.

Copy of the foregoing mailed this
30th day of April, 2020 to:

Byron Manuel Obando
17421. W. Papago Street
Goodyear, AZ 85338

Thomas Adams McAvity
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85028

Russell Brown
Suite 800
3838 North Central Avenue
Phoenix, AZ 85012-1965

/s/Mary K. Farrington-Lorch
MARY FARRINGTON-LORCH
Attorney for Creditor, Conn Appliances, Inc.