SO ORDERED.

Dated: October 8, 2020

Eddward P. Ballinger Jr., Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>BYRON MANUEL OBANDO,<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 2-20-bk-02181 EPB<br><br>**ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF ARROWHEAD CREDIT UNION**<br><br>Court Claim Number: 010 |

The Court, having reviewed the Trustee's Objection to Proof of Claim filed by ARROWHEAD CREDIT UNION, and there being no response or timely response filed by the Claimant, it is

ORDERED sustaining the Trustee's Objection and Claim Number 010 is disallowed.

**ORDER SIGNED AND DATED ABOVE**